PER CURIAM.
Affirmed. See Amendments to Florida Rule of Judicial Administration 2.160, 885 So.2d 870 (Fla.2004); Baker v. State, 878 So.2d 1236 (Fla.2004); Harris v. State, 818 So.2d 567 (Fla. 2d DCA 2002); State v. Broom, 523 So.2d 639 (Fla. 2d DCA 1988); Marquez v. State, 11 So.3d 975 (Fla. 3d DCA 2009); Branch v. State, 990 So.2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So.2d 259 (Fla. 3d DCA 2007); Broom v. State, 907 So.2d 1261 (Fla. 3d DCA 2005).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.